1
2
3
4
5
6
7

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JAN - 5 2011

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,        )   Case No.: SACR 04-174-DOC
12                  Plaintiff,        )   ORDER OF DETENTION AFTER
                                      )   HEARING
13          vs.                       )   [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C.
                                      )   § 3143(a)]
14  Fisher, Darryl Anthony            )
                                      )
15                  Defendant.        )
16
17      The defendant having been arrested in this District pursuant to a warrant issued
18  by the United States District Court for the ___CD CA___,
19  for alleged violation(s) of the terms and conditions of his/her [probation] [supervised
20  release]; and
21      The Court having conducted a detention hearing pursuant to Federal Rule of
22  Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),
23      The Court finds that:
24  A.  ☒ The defendant has not met his/her burden of establishing by clear and
25      convincing evidence that he/she is not likely to flee if released under 18 U.S.C. §
26      3142(b) or (c). This finding is based on _Current backgrd/cmty ties_
27  _Unknown due to failure to interview; bail resources_
28  _Unknown; bench warrant/FTA history; Substance abuse_

1    history

2

3    and/or

4  B.   ☒ The defendant has not met his/her burden of establishing by clear and
5    convincing evidence that he/she is not likely to pose a danger to the safety of any
6    other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
7    finding is based on  criminal history record, incl
8    commission of new offenses while
9    under supervision; substance abuse
10   history; parole/probation revocation history

11

12

13       IT THEREFORE IS ORDERED that the defendant be detained pending further
14   revocation proceedings.

15

16   DATED:  1/5/11

17                                   ROBERT N. BLOCK
                                     UNITED STATES MAGISTRATE JUDGE